No. 205. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY OF TEXAS, PLAINTIFF IN ERROR, *v.* HARRY C. BAILEY. Error to the Court of Civil Appeals for the Fifth Supreme Judicial District of the State of Texas. Supplemental motion to dismiss or affirm submitted May 15, 1911. Decided May 29, 1911. *Per Curiam.* The judgment is affirmed with costs. *Missouri Pacific Ry. Co.* v. *Mackey,* 127 U. S. 205; *Minneapolis Ry. Co.* v. *Herrick,* 127 U. S. 210; *Chicago &c. R. R.* v. *Pontius,* 157 U. S. 209; *Tullis* v. *Lake Erie & W. Ry.,* 175 U. S. 348; *El Paso & N. E. Ry.* v. *Gutierrez,* 215 U. S. 87; *Chicago, B. & Quincy R. R. Co.* v. *McGuire,* 219 U. S. 549, 564. *Mr. Cecil H. Smith, Mr. James Hagerman* and *Mr. Joseph M. Bryson* for the plaintiff in error. *Mr. Joseph W. Bailey, Mr. Rice Maxey* and *Mr. J. A. L. Wolfe* for the defendant in error.

———

No. 521. THE PHILADELPHIA, BALTIMORE & WASHINGTON RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* LILLIAN TUCKER, ADMINISTRATRIX OF THE ESTATE OF SYDNEY R. TUCKER, DECEASED. Error to the Court of Appeals of the District of Columbia. Motion to dismiss or affirm submitted May 15, 1911. Decided May 29, 1911. *Per Curiam.* The judgment is affirmed with costs. *El Paso & N. E. Ry.* v. *Gutierrez,* 215 U. S. 87; *Chicago, B. & Q. R. R. Co.* v. *McGuire,* 219 U. S. 549. *Mr. Frederic D. McKenney, Mr. John Spalding Flannery* and *Mr. William Hitz* for the plaintiff in error. *Mr. Levi H. David* and *Mr. Alvin L. Newmyer* for the defendant in error.